UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**CASE NO.: 8:26-cv-01794-JSM-T_W**

ALEXIA VICTORIA GAVIN,

Plaintiff,

v.

MANATEE COUNTY, FLORIDA; SHERIFF RICK WELLS, in his official Capacity as Sheriff of Manatee County, Florida; DEPUTY ROBERT PEREYRA, JR., in his individual capacity; and JOHN/ JANE DOE DEPUTIES 1-5, in their individual capacities,

Defendants.
_______________________________________________/

**NOTICE OF LEAD COUNSEL DESIGNATION**

**PLEASE NOTICE,** pursuant to Local Rule 2.02(a), that the undersigned counsel, Gregory J. Jolly, of Purdy, Jolly, Giuffreda, Barranco & Jisa, P.A., is designated as lead counsel for Defendant, SHERIFF RICK WELLS, in his official Capacity as Sheriff of Manatee County, Florida.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court via the CM/ECF system which will send an electronic copy to: **ROBERT S. MACTAVISH, ESQUIRE,** Phoenix Corporate Tower, 3003 N. Central Avenue, Suite 685, Phoenix, AZ 85012 (Email: robert.mactavish@llgnational.com) counsel for Plaintiff, this 20th day of August 2026.

***/s/ Gregory J. Jolly***
GREGORY J. JOLLY, ESQUIRE
Fla. Bar No. 118287
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone: (954) 462-3200
E-mail: greg@purdylaw.com; isabella@purdylaw.com
Attorney for *Defendant Sheriff*