# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 8:26-CV-01794-JSM-T_W

Plaintiff:
**Alexia Victoria Gavin**

vs.

Defendants:
**Manatee County, Florida; Sheriff Rick Wells, in his official capacity as Sheriff of Manatee County, Florida; Deputy Robert Pereyra**

For:
Robert Mactavish, Esq.
LLG National Law Group
3003 N Central Avenue
Suite 685
Phoenix, AZ 85012

Received by HERE COMES THE JUDGE on the 28th day of July, 2026 at 1:29 pm to be served on **Manatee County, Forida served through the Manatee County Attorney's Office, 1112 Manatee Avenue West, Bradenton, FL 34205**.

I, Steven T. Zawacki, being duly sworn, depose and say that on the **30th day of July, 2026** at **10:00 am, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Summons In A Civil Action and Complaint and Jury Demand** with the date and hour of service endorsed thereon by me, to: **Melissa Mayernick** as **Legal Secretary** for **Manatee County, Forida served through the Manatee County Attorney's Office** at the address of **1112 Manatee Avenue West, Bradenton, FL 34205** and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served: Age: 46, Sex: F, Race/Skin Color: White, Height: 5'3, Weight: 120, Hair: Blonde, Glasses: N

# AFFIDAVIT OF SERVICE For 8:26-CV-01794-JSM-T_W

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made pursuant to Florida Statute 48.29. Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

STATE OF FLORIDA
COUNTY OF SARASOTA

Subscribed and Sworn to before me by means of ____ physical presence or ____ online notarization, this _____ day of _________, _______ by the affiant who is personally known to me or who has shown me proper identification.

______________________
NOTARY PUBLIC

______________________________

**Steven T. Zawacki**
CPS#283 - 12th Circuit

**HERE COMES THE JUDGE**
**Legal Process Services**
**4071 Bee Ridge Rd., Suite 202**
**Sarasota, FL 34233**
**(941) 954-0169**

Our Job Serial Number: HCJ-2026008142

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e